FRANCES SWEENEY *v.* ZONING BOARD OF APPEALS OF THE TOWN OF FAIRFIELD ET AL.

The petition by the defendants John Bochanis and Megan Bochanis for certification for appeal from the Appellate Court is dismissed.

*Thomas J. Weihing,* in support of the petition.

Decided December 9, 2009

STATE OF CONNECTICUT *v.* BRIAN DAWSON

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 845 (AC 29481), is denied.

*Carlos Candal,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided December 17, 2009